PROBABLE CAUSE—See Malicious Prosecution.

---

PROBATE—See Abatement 4. Ex. and Ad. 3, 6, 9.

---

# PROMISSORY NOTE.

## No. 1.

### ELLIS *against* KELLY. *Windham*, 1817.

A negotiable note may be sued, in any town, where the endorsee resides, although it is admitted, by demurrer, to the

plea in abatement, that the note was given, for goods, sold, in another town, than where the payor and payee, both resided, when the contract was made; it appearing from the plea that their residence is still the same.